UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CARBAJAL,<br><br>    Plaintiff,<br><br>v.<br><br>ALVARADO, et al.,<br><br>    Defendants. | Case No.: 1:19-cv-00221-BAM (PC)<br><br>ORDER DENYING MOTION TO PROCEED *IN FORMA PAUPERIS* AS MOOT<br><br>(ECF No. 8) |

Plaintiff Anthony Carbajal ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil action pursuant to 42 U.S.C. § 1983. On March 7, 2019, the Court granted Plaintiff's application to proceed *in forma pauperis* in this action pursuant to 28 U.S.C. § 1915. (ECF No. 7.) On March 25, 2019, Plaintiff filed another motion to proceed *in forma pauperis*, which apparently crossed in the mail with the Court's order. (ECF No. 8.)

Plaintiff has already been granted leave to proceed *in forma pauperis* in this action, and no further applications are needed. Accordingly, Plaintiff's March 25, 2019 motion to proceed *in forma pauperis*, (ECF No. 8), is DENIED as moot.

IT IS SO ORDERED.

Dated: **March 27, 2019**     /s/ *Barbara A. McAuliffe*
                                                                           UNITED STATES MAGISTRATE JUDGE

1