# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CARBAJAL,<br><br>              Plaintiff,<br><br>    v.<br><br>ALVARADO, *et al.*,<br><br>              Defendants. | Case No. 1:19-cv-00221-LJO-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF CERTAIN CLAIMS AND DEFENDANTS<br><br>(ECF No. 15) |

Plaintiff Anthony Carbajal ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 24, 2019, the assigned Magistrate Judge screened Plaintiff's first amended complaint under 28 U.S.C. § 1915A, and found that it stated a cognizable claim for excessive force in violation of the Eighth Amendment against Defendant Carlo in his individual capacity and for failure to intervene in violation of the Eighth Amendment against Defendants Martin, Gaieta, Nickell, Barajas, Alvarado, and Franklin in their individual capacities, but failed to state any other cognizable claims against any other defendants. Plaintiff was ordered to either file a second amended complaint or notify the Court of his willingness to proceed only on the cognizable claims. (ECF No. 13.) On May 23, 2019, Plaintiff notified the Court of his willingness to proceed on the cognizable claims identified by the Court. (ECF No. 14.)

Accordingly, on May 29, 2019, the Magistrate Judge issued findings and recommendations that this action proceed on Plaintiff's first amended complaint against Defendant Carlo for excessive force in violation of the Eighth Amendment and against Defendants Martin, Gaieta, Nickell, Barajas, Alvarado, and Franklin for failure to intervene in violation of the Eighth Amendment, and all other claims and defendants be dismissed from this action for failure to state a claim. (ECF No. 15.) The findings and recommendations were served on Plaintiff and contained notice that any objections were to be filed within fourteen (14) days after service. (Id. at 8.) No objections have been filed, and the deadline in which to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on May 29, 2019, (ECF No. 15), are adopted in full;
2. This action shall proceed on Plaintiff's first amended complaint, filed April 17, 2019, (ECF No. 12), against Defendant Carlo for excessive force in violation of the Eighth Amendment and against Defendants Martin, Gaieta, Nickell, Barajas, Alvarado, and Franklin for failure to intervene in violation of the Eighth Amendment;
3. All other claims and defendants are dismissed based on Plaintiff's failure to state claims upon which relief may be granted; and
4. This action is referred back to the assigned Magistrate Judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated: **June 24, 2019**  /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE