# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CARBAJAL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALVARADO, *et al.*,<br><br>　　　　Defendants. | Case No. 1:19-cv-00221-LJO-BAM (PC)<br><br>ORDER REQUIRING DEFENDANTS ALVARADO AND FRANKLIN TO SHOW CAUSE WITHIN THIRTY DAYS WHY DEFAULT SHOULD NOT BE ENTERED<br><br>(ECF No. 22)<br><br>ORDER DIRECTING CLERK'S OFFICE TO SERVE COURTESY COPIES<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff Anthony Carbajal ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On July 2, 2019, the Court found service of the complaint appropriate under the Court's E-Service pilot program. (ECF No. 17.) On August 15, 2019, the United States Marshal filed two USM-285 forms indicating that on August 15, 2019, Defendants Franklin and Alvarado had been served by way of Laura Belden, Deputy Clerk of the Board, at 1115 Truxton Ave, Bakersfield, CA 93301. (ECF No. 22.) The deadline for the filing of Defendants Franklin and Alvarado's answer to the complaint was therefore September 5, 2019. Fed. R. Civ. P. 12(a)(1)(A)(i).

///

1

Accordingly, it is HEREBY ORDERED that:

1. Within **thirty (30) days** from the date of service of this order, Defendants Franklin and Alvarado shall show cause why default should not be entered against them;
2. To facilitate the ability to comply with this order, Defendants Franklin and Alvarado's obligation to respond to the complaint is extended thirty (30) days from the date of service of this order; and
3. The Clerk's Office shall serve a courtesy copy of this order on Laura Belden, Deputy Clerk of the Board, and on the Kern County Sheriff's Department.

IT IS SO ORDERED.

Dated: **September 6, 2019**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE