# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CARBAJAL,<br><br>      Plaintiff,<br><br>v.<br><br>ALVARADO, et.al.,<br><br>      Defendants. | Case No.: 1:19-cv-00221-LJO-BAM (PC)<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |

On November 8, 2019, a settlement conference was held and the parties reached a settlement agreement.

Accordingly, it is HEREBY ORDERED that:

1. All pending deadlines are VACATED; and
2. The parties shall file dispositional documents within **fourteen (14)** days from the date of service of this order.

IT IS SO ORDERED.

Dated: __**November 8, 2019**__

                            UNITED STATES MAGISTRATE JUDGE

2