# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ANTHONY CARBAJAL, | Case No. 1:19-cv-00221-LJO-BAM (PC) |
|---|---|
| Plaintiff, | ORDER REGARDING STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE |
| v. | |
| ALVARADO, *et al.*, | (ECF No. 36) |
| Defendants. | |

Plaintiff Anthony Carbajal ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On November 12, 2019, counsel for Defendants Martin, Nickell, Carlos, Gaeta, and Barajas[1] filed a stipulation for voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 36.) The stipulation is signed by all parties, including Plaintiff, counsel for Defendants Franklin and Alvarado, and counsel for Defendants Martin, Nickell, Carlos, Gaeta, and Barajas, indicating that the case has been resolved in its entirety, should be dismissed with prejudice, and each party shall bear its own litigation costs and attorney's fees.

Accordingly, in light of the parties' voluntary dismissal, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party

---

[1] Defendants Nickell, Carlos, and Gaeta were erroneously sued as "Niekell," "Carlo," and "Gaieta," respectively.

1

shall bear his or her own litigation costs and attorney's fees.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: __**November 13, 2019**__　　　　　__/s/ Barbara A. McAuliffe___
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE