UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CARBAJAL,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ALVARADO, *et al.*,<br><br>　　　　Defendants. | Case No.: 1:19-cv-00221-LJO-BAM (PC)<br><br>ORDER THAT INMATE ANTHONY CARBAJAL IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

　　Plaintiff Anthony Carbajal is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　A settlement conference in this matter commenced on November 8, 2019. Inmate Anthony Carbajal, CDCR #AW-4358, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATE: 11/8/19

UNITED STATES MAGISTRATE JUDGE